| | |
|---|---|
| MICHELE C. BARNES (SBN: 187239)<br>michele.barnes@klgates.com<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: 415.882.8200<br>Facsimile: 415.882.8220<br><br>Attorneys for Defendant<br>CRANE CO. | DEBORAH ROSENTHAL (SBN: 184241)<br>drosenthal@simmonsfirm.com<br>SIMMONS BROWDER GIANARIS<br>ANGELIDES & BARNERD LLC<br>455 Market St., Suite 1150<br>San Francisco, CA 94105<br>Telephone: 415.536.3986<br>Facsimile: 415.537.4120<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLICERIA CRUZ, individually and as successor-in-interest to MIKE M. CRUZ, deceased; and LEVIGLIDA CRUZ, as legal heir to MIKE M. CRUZ, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED PACKING & SUPPLY, INC., et al.<br><br>Defendants. | Civil Action No. 3:12-cv-04624-JSC<br><br>Civil Action No.(Superior Court of the State of California for the County of Alameda, CA NO.: RG 11-573989)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a); WITHDRAWAL OF NOTICE OF REMOVAL |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs GLICERIA CRUZ, individually and as successor-in-interest to MIKE M. CRUZ, and LEVIGLIDA CRUZ, and counsel for Defendant CRANE CO., pursuant to Federal Rules of Civil Procedure 41(a)(2), that the Complaint of Plaintiffs GLICERIA CRUZ, individually and as successor-in-interest to MIKE M. CRUZ, and LEVIGLIDA CRUZ, Case No. 3:12-cv-04624-JSC, in the above-captioned action may be and is hereby dismissed with prejudice as to Defendant CRANE CO., only. The parties shall each bear their own costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between counsel for Plaintiffs GLICERIA CRUZ, individually and as successor-in-interest to MIKE M. CRUZ, and LEVIGLIDA CRUZ, and counsel for Defendant CRANE CO., that Crane Co. withdraws its Notice

of Removal in the instant action as it is moot in light of the forgoing stipulated dismissal. As such, Crane Co. stipulates to and agrees with Plaintiffs' request that the case be remanded

IT IS SO STIPULATED.

SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

Dated: September 25, 2012   By: /s/ _____
                                DEBORAH ROSENTHAL (SBN 184241)
                                Attorneys for Plaintiff

K&L GATES LLP

Dated: September __, 2012   By: /s/ _____
                                MICHELE C. BARNES (SBN: 187239)
                                Attorneys for Defendant
                                CRANE CO.

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS' COMPLAINT AS TO DEFENDANT CRANE CO. IS DISMISSED WITH PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.

IT IS FURTHER ORDERED THAT CRANE CO.'S NOTICE OF REMOVAL IN THIS ACTION IS WITHDRAWN, AND THE CASE BE REMANDED TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA.

Dated: October 2, 2012   _____
                         Jacqueline S. Cooly
                         United States District Court Judge