1  MICHELE C. BARNES (SBN: 187239)                    DEBORAH ROSENTHAL (SBN: 184241)
   michele.barnes@klgates.com                          drosenthal@simmonsfirm.com
2  **K&L GATES LLP**                                   **SIMMONS BROWDER GIANARIS**
   Four Embarcadero Center, Suite 1200                 **ANGELIDES & BARNERD LLC**
3  San Francisco, CA  94111                            455 Market St., Suite 1150
   Telephone:  415.882.8200                            San Francisco, CA 94105
4  Facsimile:  415.882.8220                            Telephone: 415.536.3986
                                                       Facsimile: 415.537.4120
5
   Attorneys for Defendant                             Attorneys for Plaintiffs
6  CRANE CO.

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11  GLICERIA CRUZ, individually and as          Civil Action No. 3:12-cv-04624-JSC
    successor-in-interest to MIKE M. CRUZ,
12  deceased; and LEVIGLIDA CRUZ, as legal      Civil Action No.(Superior Court of the State
    heir to MIKE M. CRUZ, deceased,             of California for the County of Alameda, CA
13                                              NO.:  RG 11-573989)
14                  Plaintiffs,

15          vs.                                 **STIPULATION FOR DISMISSAL WITH**
                                                **PREJUDICE PURSUANT TO FED. R.**
16  ALLIED PACKING & SUPPLY, INC., et al.       **CIV. PRO. 41(a); WITHDRAWAL OF**
                                                **NOTICE OF REMOVAL**
17                  Defendants.

18          IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs

19  GLICERIA CRUZ, individually and as successor-in-interest to MIKE M. CRUZ, and LEVIGLIDA

20  CRUZ, and counsel for Defendant CRANE CO., pursuant to Federal Rules of Civil Procedure

21  41(a)(2), that the Complaint of Plaintiffs GLICERIA CRUZ, individually and as successor-in-

22  interest to MIKE M. CRUZ, and LEVIGLIDA CRUZ, Case No. 3:12-cv-04624-JSC, in the above-

23  captioned action may be and is hereby dismissed with prejudice as to Defendant CRANE CO., only.

24  The parties shall each bear their own costs.

25          IT IS HEREBY FURTHER STIPULATED AND AGREED by and between counsel for

26  Plaintiffs GLICERIA CRUZ, individually and as successor-in-interest to MIKE M. CRUZ, and

27  LEVIGLIDA CRUZ, and counsel for Defendant CRANE CO.,  that Crane Co. withdraws its Notice

28

1  of Removal in the instant action as it is moot in light of the forgoing stipulated dismissal. As such,

2  Crane Co. stipulates to and agrees with Plaintiffs' request that the case be remanded

3       IT IS SO STIPULATED.

4

5                                         SIMMONS BROWDER GIANARIS
                                          ANGELIDES & BARNERD LLC
6

7  Dated: September 25, 2012        By: /s/
                                          DEBORAH ROSENTHAL (SBN: 184241)
8                                         Attorneys for Plaintiff

9

10                                        K&L GATES LLP

11

12 Dated: September___, 2012        By: /s/
                                          MICHELE C. BARNES (SBN: 187239)
13                                        Attorneys for Defendant
                                          CRANE CO.
14

15

16      PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS'

17 COMPLAINT AS TO DEFENDANT CRANE CO. IS DISMISSED WITH PREJUDICE.

18 EACH PARTY IS TO BEAR ITS OWN COSTS.

19      IT IS FURTHER ORDERED THAT CRANE CO.'S NOTICE OF REMOVAL IN

20 THIS ACTION IS WITHDRAWN, AND THE CASE BE REMANDED TO THE SUPERIOR

21 COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA.

22

23 Dated:  October 2, 2012

24                                        United States District Court Judge

25

26

27

28

STIPULATION FOR DISMISSAL &                    2                    Case No. 3:12-cv-04624-JSC
WITHDRAWAL OF REMOVAL